**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00627-REB-CBS

DISCOUNT MOUNTAIN, INC., a Colorado corporation,

      Plaintiff/Counterclaim-Defendant,

v.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,

      Defendant,

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

      Defendant/Counterclaim-Plaintiff/Third-Party Plaintiff,

v.

MATT LOCKWOOD, a natural person,

      Third-Party Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Stipulation for Dismissal with Prejudice** [#29][1] filed June 19, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation for Dismissal with Prejudice** is approved;

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2. That all pending pretrial deadlines are vacated; and

3. That all claims, counterclaims, third-party claims, and this action are dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated July 9, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge